UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK A. CANNAVAN,

Plaintiff,

v.

GAVIN NEWSOM, et al.,

Defendants.

Case No.: 1:26-cv-05114-EGC (PC)

**ORDER DISREGARDING OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS**

(Docs. 8 & 9)

Plaintiff Patrick A. Cannavan is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

On August 17, 2026, Plaintiff filed "Objections to Magistrate Judge's Findings" (Doc. 8) and on September 17, 2026, he filed "Objections to Magistrate Judge's Findings and Recommendations" (Doc. 9) in this action. In the latter objections, Plaintiff states that he specifically objects to findings and recommendations issued in Case Nos. 1:26-cv-06995-EGC (PC) and 1:26-cv-06992-EPG (PC).[1] (Doc. 9 at 1.)

Plaintiff's objections are procedurally improper. Significantly, in this case, findings and recommendations have not been issued.

[1] A review of the dockets for Case Nos. 1:26-cv-06995-EGC (PC) and 1:26-cv-06992-EPG (PC) reveals Plaintiff filed objections in both actions.

Accordingly, for the reasons stated above, the Court **HEREBY ORDERS** that Plaintiff's objections filed August 17, 2026 (Doc. 8) and September 17, 2026 (Doc. 9) are **DISREGARDED**.

Plaintiff is advised that his complaint filed July 6, 2026, will be screened in due course.[2] No further action is necessary until the Court issues a screening order.

IT IS SO ORDERED.

Dated: **September 27, 2026**

Erin Sung Castillo
UNITED STATES MAGISTRATE JUDGE

[2] *See* https://www.caed.uscourts.gov/caednew/index.cfm/news/judicial-emergency/.